UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGILLIO VIRGO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>EDWARD GARCIA,<br><br>                    Defendant. | 20-CV-5091 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the September 21, 2018 order in *Virgo v. Wright*, ECF 1:17-CV-10006, 6 (S.D.N.Y. Sept. 21, 2018), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 17, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge